DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN HAMMOCK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1836

[October 13, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312014CF000328A.

Steven Hammock, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Bradley v. State*, 3 So. 3d 1168, 1168–69 (Fla. 2009).

GROSS, LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***